LOUGHREY & ASSOCIATES
TAMARA L. LOUGHREY, Bar No. 227001
220 4th Street, Suite 103
Oakland, CA 94607
Phone: 510.891.1254
Fax: 510.891.1258

Attorneys for Plaintiffs


Jeffrey R. Olson, # 120945
Loura Erickson, # 258371
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:     (209) 524-1100
Facsimile:     (209) 524-1188

Attorneys for Defendants
PATTERSON JOINT UNIFIED SCHOOL DISTRICT, CARLI BRIONES, and DAVE HODGE

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., by and through his parents and guardians ad litem, S.A. and J.A., and S.A. and J.A individually<br><br>  Plaintiffs,<br><br>v.<br><br>PATTERSON JOINT UNIFIED SCHOOL DISTRICT, CARLI BRIONES, DAVE HODGE and Does 1-10<br><br>  Defendants. | **Case No: 1:10-cv-01317-LJO-SMS**<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

Plaintiffs W.A., by and through his parents, S.A. and J.A., and S.A. and J.A. individually (Plaintiffs) along with Defendants Patterson Joint Unified School District, Carli Brionnes and Dave Hodge (Defendants) (collectively, the Parties), hereby stipulate and agree to the following:

1. Defendants believe they are entitled to file a Motion for Summary Judgment regarding Plaintiffs claim under 42 U.S.C. § 1983 without affording Plaintiffs the benefit of conducting formal discovery. Plaintiffs believe they are entitled to conduct discovery on the claim because

LOUGHREY & ASSOCIATES
Attorneys At Law
220 4th Street Ste. 103
Oakland, CA 94607
510.891.1254
510.891.1258(fax)

1

W.A., et al v. Patterson Joint Unified School District, et al – Stipulation Regarding Briefing Schedule

they were not able to do so during the administrative hearing on their IDEA claim and because discovery is necessary to obtain further evidence to oppose a Motion for Summary Judgment. Plaintiffs believe a Motion for Summary Judgment on the 42 U.S.C. § 1983 claim is premature in light of the fact that no discovery has been conducted and plan to oppose the motion on that basis.  Plaintiffs also reserve the right to request that they be permitted to conduct discovery. However, given that the Court has indicated that Defendants will be permitted to file a motion, the Parties stipulate and agree to the following briefing schedule regarding the pending IDEA appeal and the 42 U.S.C. § 1983 claim.

1. Each party shall file a Motion for Summary Judgment by **April 29, 2011.**
2. Each party shall file an Opposition to Motion for Summary Judgment by **May 31, 2011.**
3. Each party shall file a Reply motion by **June 17, 2011**.
4. A hearing on the motions shall occur on **June 27, 2011**.

Dated:  January  18, 2011               LOUGHREY & ASSOCIATES

                                                                    */s/Tamara Loughrey*
                                                        By:_____
                                                             TAMARA LOUGHREY
                                                             JUSTIN ARNOLD
                                                             Attorneys for Plaintiffs

Dated: January 18, 2011                 McCORMICK, BARSTOW, SHEPPARD,
                                                               WAYTE & CARRUTH LLP


                                                        By:_____*/s/ Jeffrey Olson*_____
                                                                Jeffrey R. Olson
                                                                Loura Erickson
                                                             Attorneys for Defendants
                                                        PATTERSON JOINT UNIFIED SCHOOL
                                                             DISTRICT, CARLI BRIONES,
                                                                  and DAVE HODGE

LOUGHREY & ASSOCIATES
Attorneys At Law
220 4th Street Ste. 103
Oakland, CA 94607
510.891.1254
510.891.1258(fax)

**ORDER**

Good cause appearing therefore:

1. Each party shall file a Motion for Summary Judgment by **April 29, 2011.**

2. Each party shall file an Opposition to Motion for Summary Judgment by **May 31, 2011.**

3. Each party shall file a Reply motion by **June 17, 2011**.

4. A hearing on the motions shall occur on **June 27, 2011 at 8:30 a.m. in Courtroom #4 before Judge O'Neill**.

IT IS HEREBY ORDERED.

Dated:   January 21, 2011              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

LOUGHREY & ASSOCIATES
Attorneys At Law
220 4th Street Ste. 103
Oakland, CA 94607
510.891.1254
510.891.1258(fax)