LOUGHREY & ASSOCIATES
TAMARA L. LOUGHREY, Bar No. 227001
21 Orinda Way, Suite C, #307
Orinda, CA 94563
Phone: 925.253.1693
Fax: 925.253.9693
Email: tamara@spedattorneys.com,

Attorneys for Plaintiffs,
W.A., by and through his parents and guardians ad litem, S.A. and J.A., and S.A. and J.A. individually,

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| W.A., by and through his parents and guardians ad litem, S.A. and J.A., and S.A. and J.A. individually,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>PATTERSON JOINT UNIFIED SCHOOL DISTRICT, CARLI BRIONES, DAVE HODGE, and DOES 1-10,<br><br>　　　　Defendants. | **Case No. 1:10-CV-01317-LJO-SMS**<br><br>**NOTICE OF MISSING DOCUMENT AND REQUEST TO AUGMENT THE ADMINISTRATIVE RECORD AND ORDER**<br><br>**MSJ Hearing: June 27, 2011**<br>**Time: 8:30 a.m.** |

## PROCEDURAL HISTORY

On November 2, 2009, Patterson Joint Unified School District (District) filed its due process complaint with the Office of Administrative Hearings (OAH). On November 4, 2009, W.A. filed his complaint with OAH. On November 30, 2009, OAH issued an order that consolidated the District's and W.A.'s complaints. A nine-day hearing was held on the matter on February 1-4, 8, 9, 16, 17, 2010, and March 3, 2010, before Administrative Law Judge (ALJ)

1  Peter Paul Castillo.  The ALJ found that Plaintiffs fully prevailed on two (2) issues and partially
2  prevailed on nine (9) other issues.
3  On July 22, 2010, Plaintiffs filed the instant appeal, appealing all the issues that
4  Plaintiffs did not fully prevail on at OAH.  On April 8, 2011, Defendants filed the OAH
5  administrative record on appeal in paper format with the Court's acknowledgement of receipt on
6  April 13. The OAH administrative record consists of ten transcripts and over 2500 pages of
7  exhibits and pleadings.  On April 29, 2011, pursuant to this Court's scheduling order, Plaintiffs'
8  filed their Motion for Summary Judgment outlining the issues appealed and the Motion is
9  scheduled for a hearing on  June 27, 2011.

## **REQUEST TO AUGMENT RECORD TO INCLUDE MISSING EXHIBIT**

11  In reviewing this voluminous record, Plaintiffs determined that one document admitted
12  at OAH was missing.  The missing document is an unsigned behavior support plan letter from
13  Mr. Hodge to S.A. dated August 8, 2007.  (Loughrey Dec. §3) This document was initially
14  offered by Respondent/Defendants on the second day of hearing and was initially excluded by
15  the ALJ sustaining Petitioner/Plaintiffs' objection because it was not disclosed in any record
16  request or with the exhibits for hearing.  (Loughrey Dec. §4) On March 3, 2010, Plaintiffs
17  requested the document be admitted to show Respondent/Defendants' had notice of the behavior
18  issues earlier than they claimed. (Loughrey Dec. §5)  The document submitted is redacted.
19  (Loughrey Dec. §6)  Defendants have been advised of this missing document and have not
20  voiced an objection of its inclusion in the record. (Loughrey Dec. §7)
21  Therefore, Plaintiffs request the missing document, the August 8, 2007 behavior support
22  plan, be included in the administrative record on appeal to ensure the record is complete.

Respectfully Requested,

Dated: May 6, 2011                        /s/Tamara Loughrey
                                          Tamara Loughrey
                                          Attorney for Plaintiffs

//

**ORDER**

Good cause appearing, Plaintiffs' request to augment the record with the missing OAH document (redacted) to complete the OAH administrative record on appeal is granted. The missing document, the August 8, 2007 behavior support plan, will be included in the record on appeal.

IT IS SO ORDERED.

Dated:   **May 9, 2011**                              **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE