Jeffrey R. Olson, # 120945  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:   (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendants
PATTERSON JOINT UNIFIED SCHOOL
DISTRICT, CARLI BRIONES, and DAVE HODGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., by and through his parents and guardians ad litem, S.A. and J.A., and S.A. and J.A. individually,<br><br>Plaintiffs,<br><br>v.<br><br>PATTERSON JOINT UNIFIED SCHOOL DISTRICT, CARLI BRIONES, DAVE HODGE,<br><br>Defendants. | Case No.  1:10-cv-01317-LJO-SMS<br><br>**STIPULATION AND ORDER RE JURISDICTION TO CONSIDER PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |

Plaintiffs, W.A., a minor, S.A. and J.A., and Defendants, Patterson Joint Unified School District, Carli Briones and Dave Hodge, hereby stipulate and request that this Court retain jurisdiction over the matter entitled *W.A., et al. v. Patterson JUSD, et. al.,* Case Number 1:10-cv-01317-LJO-SMS, for a period of ninety (90) days.  This stipulation is made on the ground that the parties require the continued jurisdiction of the Court so the court can consider approving a petition for a minor's compromise necessitated by a settlement recently reached between the parties.

Dated: August 1, 2011        By:        /s/ Jeffrey R. Olson
                                        Jeffrey R. Olson
                                        Attorneys for Defendants
                                        PATTERSON JOINT UNIFIED SCHOOL
                                        DISTRICT, CARLI BRIONES, and DAVE
                                        HODGE


Dated: August 1, 2011        By:        /s/ Tamara Loughrey
                                        Tamara Loughrey
                                        Attorney for Plaintiffs
                                        W.A., J.A. and S.A.


## **ORDER**

**Th**is Court shall retain jurisdiction over this matter for a period of ninety (90) days so the court can consider approving a petition for a minor's compromise necessitated by a settlement recently reached between the parties.

IT IS SO ORDERED.

Dated:   **August 4, 2011**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

49912/00100-1781245.v1                    2

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

STIPULATION AND PROPOSED ORDER RE JURISDICTION - 1:10-CV-01317-LJO-SMS